IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MARY ELLEN O'BRIEN, | |
|---|---|
| *Plaintiff,* | CIVIL ACTION |
| v. | NO. 19-01920 |
| GEICO EMPLOYEES INSURANCE CO., | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 3rd day of July, 2019, after consideration of Defendant's Motion to Dismiss, (ECF No. 2), Plaintiff's Response, (ECF No. 7), and Defendant's Reply, (ECF No. 8), it is hereby **ORDERED** that:

1. The Motion to Dismiss is **GRANTED**.

2. The Clerk of Court shall mark the case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.